ALAN DAVID, Appellant, *v.* LEO FAYMAN et al., Respondents.

Argued October 7, 1948; decided October 21, 1948.

*Meyer Kraushaar* and *David I. Kraushaar* for appellant.
*David Kagan* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ. Taking no part: THACHER, J.